# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (FRESNO)

| | |
|---|---|
| HOPE LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 1:14-cv-01379-SKO<br><br>**JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), ORDER OF REMAND AND ENTRY OF JUDGMENT** |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and subject to the approval of the Court, to voluntary remand of this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g); to order of such remand; and to entry of judgment for Plaintiff. The purpose of the remand is to provide Plaintiff with a new hearing before an administrative law judge (ALJ) and a new decision by same. Engaging in the five-step sequential disability evaluation, the ALJ will consider, *inter alia*, all the evidence and medical source opinions of record, including that of State agency physician Gary Lindsay, Ph.D.; further evaluate residual functional capacity in light of the evidence and medical source opinions; further evaluate all vocational factors; and, if necessary, obtain supplemental vocational expert evidence.

          Respectfully submitted,

Date: *March 13, 2015*          */s/ Jacqueline Anna Forslund*
                            JACQUELINE ANNA FORSLUND
                            Attorney for Plaintiff

Date: *March 13, 2015*          BENJAMIN B. WAGNER
                            United States Attorney
                            DONNA L. CALVERT
                            Regional Chief Counsel, Region IX
                            Social Security Administration

                            */s/ Timothy R. Bolin*
                            TIMOTHY R. BOLIN
                            Special Assistant United States Attorney

## **ORDER**

Based on the foregoing joint stipulation, IT IS HEREBY ORDERED that:

1.    This case is REMANDED to the Social Security Administration for further proceedings consistent with the joint stipulation;

2.    The Clerk of Court is DIRECTED to enter judgment on behalf of Plaintiff; and

3.    This case shall be administratively closed.

IT IS SO ORDERED.

Dated:   **March 16, 2015**                **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE