**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOPE LOPEZ, | **CASE NO. 1:14-cv-01379-SKO** |
| Plaintiff, | |
| v. | **ORDER AWARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | **(Doc. 16)** |
| Defendant. | |
| _____/ | |

Based on the parties' stipulation for attorney's fees and expenses, it is ordered that attorney fees and expenses in the amount of $3,000.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

If it is determined that Plaintiff's EAJA fees are not subject to an offset allowed under the Department of Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA 98383, based on Plaintiff's assignment of these amounts to Dellert Baird Law Offices.

IT IS SO ORDERED.

Dated:   **April 3, 2015**          **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE